IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01998-MSK-MJW

ERMIN ABEYTA,

Plaintiff,

v.

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

Defendant.

---

## ORDER REGARDING JOINT MOTION TO MODIFY SCHEDULING ORDER
( Docket p. 12 )

THE COURT having reviewed the Joint Motion to Modify Scheduling Order, and being fully advised herein, HEREBY GRANTS said motion: The parties are to exchange disclosures on or before February 9, 2007.

SO ORDERED this 1st day of February, 2007.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO