# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01998-MSK-MJW

ERMIN ABEYTA,

Plaintiff,

v.

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

Defendant.

## ORDER RE UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

THE COURT, having reviewed Plaintiff's Unopposed Motion to Modify Scheduling Order (document 18) and being fully advised herein, hereby extends the written discovery deadline until April 20, 2007.

SO ORDERED this 30th day of March, 2007.

                              **BY THE COURT:**

                              s/Michael J. Watanabe
                              Michael J. Watanabe
                              US MAGISTRATE JUDGE