IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01998-MSK-MJW

ERMIN ABEYTA,

Plaintiff,

v.

PROGRESSIVE SPECIALTY INSURANCE COMPANY,

Defendant.

---

## ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER ( Docket No. 36 )

---

THE COURT having reviewed Plaintiff's unopposed Motion to modify the Scheduling Order in this action, and being fully advised, herein, hereby grants said motion. The deadline for Plaintiff to endorse Rebuttal Experts is August 13, 2007.

SO ORDERED this 20th day of July , 2007.

BY THE COURT:

_____
DISTRICT COURT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO