IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01998-MSK-MJW

ERMIN ABEYTA,

        Plaintiff,

v.

PROGRESSIVE SPECIALTY INSURANCE COMPANY, an Ohio Corporation,

        Defendant.
_____

## ORDER WITHDRAWING ORDER OF REFERENCE
_____

**THIS MATTER** comes before the Court *sua sponte*.

The Plaintiff has moved to amend the Complaint **(# 24)**. This Court referred that motion to the Magistrate Judge **(# 25)**. The Defendant has filed an opposition**(# 28)** to the motion to amend, contending that the proposed amendment is futile, and incorporating similar arguments to those presented in its pending motion for summary judgment **(# 22)**.

Because the Court does not intend to refer the motion for summary judgment to the Magistrate Judge, requiring the Magistrate Judge to consider similar arguments in the context of

the motion to amend is improvident. Accordingly, the Court **WITHDRAWS** its reference **(# 25)** of the motion to amend. The Court will resolve the motion to amend at the same time it considers the motion for summary judgment.

Dated this 15th day of November, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge